# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MEIJER INC., and MEIJER
DISTRIBUTION, INC.,
      **Plaintiffs,**

      v.

RANBAXY INC., RANBAXY
LABORATORIES, LTD, RANBAXY
U.S.A., INC., and SUN
PHARMACEUTICAL INDUSTRIES LTD.,
      **Defendants.**

MISCELLANEOUS ACTION

NO. 17-91

## O R D E R

    **AND NOW**, this 15th day of June, 2017, upon consideration of Plaintiffs' Motion to

Transfer Or in the Alternative Compel (ECF No. 1), Defendants' Response in Opposition thereto

(ECF No. 7), Plaintiffs' Reply in Support thereof (ECF No. 13), after oral argument, and for the

reasons set forth in the Opinion dated June 15, 2017 (ECF No. 15), **IT IS HEREBY**

**ORDERED** that Plaintiffs' motion to transfer is **GRANTED.**

    **IT IS FURTHER ORDERED** that this matter is **TRANSFERRED** to the United States

District Court for the District of Massachusetts pursuant to Federal Rule of Civil Procedure

45(f).

BY THE COURT:

_____

**WENDY BEETLESTONE, J.**